**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 721, et al., <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF RIVERSIDE, et al., <br><br> Defendants. | Case No. EDCV 09-00561-VAP (JTLx) <br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: April 27, 2011

                                                    VIRGINIA A. PHILLIPS
United States District Judge